# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, J.S. SMITH**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## CLIFFORD A. HOLMES III
### AIRMAN APPRENTICE (E-2), U.S. NAVY

## NMCCA 201400231
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 26 March 2014.
**Military Judge**: CAPT R.B. Blazewick, JAGC, USN.
**Convening Authority**: Commander, Navy Region Southeast, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: CDR N.O. Evans, JAGC, USN.
**For Appellant**: CAPT Jill James, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**30 September 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court